# Kevin T. Conway, Esq.
## Attorney at Law
### Licensed in
### N.Y., N.J., CT.

*664 Chestnut Ridge Road*          *c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC*
*Spring Valley, NY 10977*           *500 Frank W. Burr Blvd., Ste. 31*
*Tel: (845) 352-0206*               *Teaneck, NJ 07666*
*Fax: (845) 352-0481*               *Tel: (201) 928-1100*

June 22, 2018

The Honorable Judge Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  *Re: 1:17-cv-09151-RA, Malibu Media, LLC v. Patrick Ahern - Plaintiff's Status Update regarding Defendant's Answer & Default*

Dear Judge Abrams:

  I represent Plaintiff, Malibu Media, LLC, in the above-referenced matter. The Court has scheduled an initial status conference on June 29, 2018 at 1:15 pm. Please allow this letter to serve as a status update as requested by the court in the Memo Endorsement at CM/ECF 33.

  Plaintiff filed its Amended Complaint on April 11, 2018 [CM/ECF 24]. The Defendant, Patrick Ahern, was served with a Summons and the Amended Complaint on April 16, 2018 [CM/ECF 27]. Defendant's Answer was due by May 7, 2018. To date, Defendant has not filed an Answer in this matter. Plaintiff intends to move for a clerk's default and seek a default judgment.

  Plaintiff served Defendant with a copy of the Memo Endorsement at CM/ECF 33 as required via United States Postal Service.

        Respectfully Submitted,

    By: /s/ *Kevin T. Conway*
      Kevin T. Conway (KC-3347)
      ktcmalibu@gmail.com664
      Chestnut Ridge Road
      Spring Valley, NY 10977-6201

> T: (845) 352-0206
> F: (845) 352-0481
> *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on the pro se Defendant via United States Postal Service at: 204 Sherman Avenue, Apt 6F, New York, NY 10034.

> By:   /s/ *Kevin T. Conway*
> Kevin T. Conway (KC-3347)
> ktcmalibu@gmail.com664
> Chestnut Ridge Road
> Spring Valley, NY 10977-6201
> T: (845) 352-0206
> F: (845) 352-0481
> *Attorneys for Plaintiff*