UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/8/19
```

MALIBU MEDIA, LLC,

                Plaintiff,

v.

PATRICK AHERN,

                Defendant.

No. 17-CV-9151 (RA)

ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT

RONNIE ABRAMS, United States District Judge:

On July 13, 2018, the Clerk of Court entered a certificate of default against Defendant. On October 3, 2018, Plaintiff moved for default judgment, and the Court issued an Order to Show Cause on November 15, 2018. At the show cause hearing on January 4, 2019, the Court found that service of the motion for default judgment, supporting papers, and the Order was improper, but did not rule on the motion. It is hereby:

ORDERED that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by **February 22, 2019**, on the Defendant by the methods described in Rule 4 of the Federal Rules of Civil Procedure, taking care to effectuate service properly in light of the discussion at the January 4, 2019 hearing. If Plaintiff wishes to effectuate service in another way, it may submit a letter to the Court no later than **February 15, 2019**, requesting permission to use an alternative form of service and explaining why it is necessary to do so.

IT IS FURTHER ORDERED that answering papers, if any, should be served upon Plaintiff by **March 15, 2019**.

IT IS FURTHER ORDERED that Defendant show cause at a conference to be held on **April 5, 2019 at 4:30 p.m.**, in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York, why a default judgment should not be entered in favor of Plaintiff for the relief requested in the Amended Complaint.

SO ORDERED.

Dated:   February 8, 2019
        New York, New York

_____
Ronnie Abrams
United States District Judge